MICHAEL WALLIN, Cal. Bar No. 240344
WALLIN & RUSSELL LLP
26000 Towne Centre Drive, Suite 130
Foothill Ranch, California 92610
Telephone:  949-652-2200
Facsimile:   949-652-2210
mwallin@wallinrussell.com

Attorneys for Judgment Creditor
THE GREEN TRADING COMPANY, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE GREEN TRADING COMPANY, LLC,<br><br>                    Plaintiff,<br><br>         v.<br><br>BARRY SHY,<br><br>                    Defendant. | Case No.<br><br>**REGISTRATION OF FOREIGN JUDGMENT** |

-1-

# REGISTRATION OF FOREIGN JUDGMENT

Judgment creditor The Green Trading Company, LLC, by and through its undersigned counsel, hereby files this Registration of Foreign Judgment pursuant to 28 U.S. Code § 1963.

1. The Green Trading Company, LLC ("Judgment Creditor") is the Judgment Creditor in this matter.

2. Barry Shy is the Judgment Debtor in this matter.

3. On July 26, 2022, Judgment Creditor obtained a judgment against Judgment Debtors in the United States District Court for the District of Oregon, Case No. 1:20-cv-01787-CL (the "Judgment").

4. A certified copy of the Judgment is attached hereto as **Exhibit A.**

5. 28 U.S. Code § 1963 states as follows:

> A judgment in an action for the recovery of money or property entered in any court of appeals, district court, bankruptcy court, or in the Court of International Trade may be registered by filing a certified copy of the judgment in any other district or, with respect to the Court of International Trade, in any judicial district, when the judgment has become final by appeal or expiration of the time for appeal or when ordered by the court that entered the judgment for good cause shown. Such a judgment entered in favor of the United States may be so registered any time after judgment is entered. A judgment so registered shall have the same effect as a judgment of the district court of the district where registered and may be enforced in like manner.

6. The Judgment has become final.

7. There is no pending appeal of the Judgment and the time for appeal has expired.

8. As of the date of this Registration of Foreign Judgment, the Judgment remains unsatisfied.

//
//
//
//
//
//

I declare under the penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Dated: August 12, 2022

                              WALLIN & RUSSELL LLP

                              By  _____
                                        MICHAEL WALLIN
                                   Attorneys for Judgment Creditor
                              THE GREEN TRADING COMPANY, LLC

# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

THE GREEN TRADING COMPANY, LLC,
An Oregon limited liability company,

        Plaintiff,

    v.

BARRY SHY,

        Defendant.

Civ. No. 1:20-cv-01787-CL

JUDGMENT

MCSHANE, Judge:

    Based on the record, Judgment is entered against Defendant Barry Shy in the amount of $5,659,000.00.

IT IS SO ORDERED.

    DATED this 14th day of July, 2021.

                              /s/ Michael J. McShane
                                Michael McShane
                              United States District Judge

1 – ORDER

Certified to be a true and correct copy of original filed in this District.
Dated JUL 26 2022
Melissa Aubin, Clerk of Court
US District Court of Oregon
By Deputy Clerk F. Patterson
Pages 1 Through 1