MICHAEL WALLIN, Cal. Bar No. 240344
WALLIN & RUSSELL LLP
26000 Towne Centre Drive, Suite 130
Foothill Ranch, California 92610
Telephone: 949-652-2200
Facsimile:  949-652-2210
mwallin@wallinrussell.com

Attorneys for Judgment Creditor
THE GREEN TRADING COMPANY, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| THE GREEN TRADING COMPANY, LLC, | Case No. 2:22-mc-00156 |
|---|---|
| Plaintiff, | **REQUEST FOR SPECIAL APPOINTMENT TO SERVE PROCESS** |
| v. | |
| BARRY SHY, | [F.R.C.P. RULE 4.1(a)] |
| Defendant. | |

Judgment creditor The Green Trading Company, LLC ("Creditor") hereby requests that **ABC Legal**, a registered California process server whose business address is 316 W 2nd St 3rd Floor, Los Angeles, CA 90012 (the "Process Server") be specially appointed to serve any levies and writs of execution in this action. Creditor represents that:

1.   The Process Server is competent and not less than eighteen years of age.

2.   The Process Server is duly registered in California and in the county in which the levy-related documents will be served.

3.   Granting this request will effect substantial savings in time and travel fees of the United States Marshal, who shall remain the levying officer pursuant to Local Rules 64-2 and 64-3 and California Code of Civil Procedure § 699.080.

4.   A proposed order is lodged concurrently herewith.

1  Dated: August 23, 2022

2                                              WALLIN & RUSSELL LLP

3

4                                              By  _____*/s/ Michael Wallin*_____
                                                        MICHAEL WALLIN
5                                                    Attorneys for Judgment Creditor
                                                  THE GREEN TRADING COMPANY, LLC